IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

CHANDLER MCMILLIAN,

Defendant.

CASE NO.: 4:19-cr-171

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 248.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Chandler McMillian from the Indictment in the above-captioned case with prejudice. The Court DIRECTS the Clerk of Court to TERMINATE Defendant Chandler McMillian from this case.

**SO ORDERED**, this 28th day of September, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA